**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TAXIS AEREOS DEL VALLE DE TOLUCA, S.A.
DE C.V.,

                          **Plaintiff,**

          **-against-**

CIPRIANI AVIO, LLC,

                       **Defendant.**

-------------------------------------------------------------------X

**26-CV-02076 (MKV)(SN)**

**SETTLEMENT CONFERENCE**
**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 7/2/2026 __

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Monday, August 31, 2026, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Monday, August 24, 2026. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 2, 2026
             New York, New York